UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-4379 DSF (MRWx) | Date | 9/27/11 |
| Title | Kathryn Meyers v. Anthem Blue Cross Life and Health Insurance Company | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Pamela Batalo |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)   Order to Show Cause re Dismissal


　　　Counsel inform the Court that the matter has settled.   An Order to Show Cause re Dismissal is set for November 7,  2011 at 11:00 a.m.  If the dismissal is filed by that date, no appearance is necessary.  If the dismissal is not filed, but the parties are close to completion, they may stipulate to a continuance.